United States Bankruptcy Court

Southern District of Indiana

In re:                                                                                                         Case No. 25-03793-JMC
Tiara Denice Miller                                                                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0756-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 02, 2025 | Form ID: b309a | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tiara Denice Miller, 521 Beachway Drive Apt. B, Indianapolis, IN 46224-7917 |
| tr | + | Vanessa L. Powell, P. O. Box 681123, Indianapolis, IN 46268-7123 |
| 17298269 | + | Arrow Autos Indy, LLC, c/o Williams Law Office, PO Box 43, Greensburg, IN 47240-0043 |
| 17298278 | + | Curtis Auto Sales, c/o Sandlin Ferguson LLP, PO Box 50856, Indianapolis, IN 46250-0856 |
| 17298279 | | Cyclone Wildwood Village Apartments, c/o Lynn Jackson, 4756 Moss Terracve Terrae, Indianapolis, IN 46237 |
| 17298284 | + | Harris, P.o. Box 186, Chicago, IL 60690-0186 |
| 17298286 | | LexisNexis, PO Box 1056108, Atlanta, GA 30348 |
| 17298289 | + | Rs Perf Ford, 1300 Us 31 South, Greenwood, IN 46143-2413 |
| 17298293 | | Verizon, Verizon Wireless, Dallas, TX 75265 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: ecf@johnsteinkampandassociates.com | Jul 02 2025 21:54:00 | Michael Steven Cox, John Steinkamp & Associates, 5214 S. East Street, Suite D1, Indianapolis, IN 46227 |
| tr | + | EDI: BVLPOWELL | Jul 03 2025 01:46:00 | Vanessa L. Powell, P. O. Box 681123, Indianapolis, IN 46268-7123 |
| ust | + | Email/Text: ustpregion10.in.ecf@usdoj.gov | Jul 02 2025 21:54:00 | U.S. Trustee, Office of U.S. Trustee, 46 E Ohio Street, Room 520, Indianapolis, IN 46204-1907 |
| 17298270 | + | Email/Text: support@landmanbeatty.com | Jul 02 2025 21:54:00 | Buckingham Management LLC, c/o Landman Beatty, 9100 Keystone Crossing Ste 870, Indianapolis, IN 46240-7747 |
| 17298276 | | Email/Text: clcollections@corelogic.com | Jul 02 2025 21:54:00 | CoreLogic Corporate Headquarters, 40 Pacifica Avenue, Suite 900, Irvine, CA 92618 |
| 17298277 | ^ | MEBN | Jul 02 2025 21:52:20 | CT Corp, 334 North Senate Avenue, Indianapolis, IN 46204-1708 |
| 17298271 | | Email/Text: dl-csgbankruptcy@charter.com | Jul 02 2025 21:55:00 | Charter Communications, 4549 Hwy 24, Bourg, LA 70343 |
| 17298272 | + | Email/Text: dl-csgbankruptcy@charter.com | Jul 02 2025 21:55:00 | Charter Communications LLC, 12405 Powercourt Drive, Legal Department, Saint Louis, MO 63131-3673 |
| 17298273 | ^ | MEBN | Jul 02 2025 21:53:21 | Chex Systems Inc./FIS Qualifile, 601 Riverside Avenue, Jacksonville, FL 32204-2901 |
| 17298274 | ^ | MEBN | Jul 02 2025 21:53:48 | Citizen Energy Group, PO Box 7056, Indianapolis, IN 46207-7056 |
| 17298275 | + | EDI: COMCASTCBLCENT | Jul 03 2025 01:46:00 | Comcast, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 17298280 | + | EDI: MAXMSAIDV | Jul 03 2025 01:46:00 | Dpt Ed/aidv, Po Box 300001, Greenville, TX |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | | 75403-3001 |
| 17298281 | Email/Text: bankruptcycourts@equifax.com | Jul 02 2025 21:54:00 | Equifax, Attn: Bankruptcy Dept., PO Box 740241, Atlanta, GA 30374 |
| 17298282 | ^ MEBN | Jul 02 2025 21:51:38 | Experian, Attn: Bankruptcy Dept, PO Box 2002, Allen, TX 75013-2002 |
| 17298283 | + EDI: AMINFOFP.COM | Jul 03 2025 01:46:00 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 17298284 | ^ MEBN | Jul 02 2025 21:50:58 | Harris, P.o. Box 186, Chicago, IL 60690-0186 |
| 17298285 | + Email/Text: sebmeier@indianafinance.net | Jul 02 2025 21:54:00 | Ind Fin Co, Pob 49, Anderson, IN 46015-0049 |
| 17298287 | Email/Text: bankruptcy@preferredlease.com | Jul 02 2025 21:54:00 | Pref Lease, 5501 Headquarters Drive, Plano, TX 75024 |
| 17298288 | + Email/Text: ngisupport@radiusgs.com | Jul 02 2025 21:54:00 | Radiusglobal, 7831 Glenroy Road, Edina, MN 55439-3132 |
| 17298290 | Email/Text: epr@telecheck.com | Jul 02 2025 21:55:00 | TeleCheck Services, Inc., PO Box 6806, Hagerstown, MD 21741-6806 |
| 17298291 | ^ MEBN | Jul 02 2025 21:51:22 | Transunion, PO Box 1000, Crum Lynne, PA 19022 |
| 17298292 | + Email/Text: accountservicing@trueaccord.com | Jul 02 2025 21:54:00 | Trueaccord C, 16011 College Blvd, Lenexa, KS 66219-1366 |
| 17300780 | + Email/Text: USAINS.ECFBankruptcy@usdoj.gov | Jul 02 2025 21:54:00 | U.S. Attorney's Office, 10 W Market St Ste 2100, Indianapolis IN 46204-1986 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2025        Signature:    /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor: | **Tiara Denice Miller**<br>Name | Social Security number or ITIN: xxx–xx–9992<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court – Southern District of Indiana | | Date case filed in chapter 7: June 28, 2025 |
| Case number: | 25–03793–JMC–7 | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                10/2020

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, the debtor, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to **30 days** or not exist at all, although the debtor can ask the court to extend or impose a stay.

The debtor is seeking a discharge. Creditors who assert that the debtor is not entitled to a discharge or who want a debt excepted from discharge may be required to file a complaint within the deadlines specified in this notice. (See "Deadlines" section for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at pacer.insb.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify the debtor on this case, the debtor must submit a full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| 1. | **Debtor's full name** | Tiara Denice Miller | |
|---|---|---|---|
| 2. | **Other names**<br>(used in last 8 years) | None | |
| 3. | **Address** | 521 Beachway Drive Apt. B<br>Indianapolis, IN 46224 | |
| 4. | **Debtor's attorney**<br>Name and address | Michael Steven Cox<br>5214 S. East Street<br>Suite D1<br>Indianapolis, IN 46227 | Contact info: 317–780–8300 or<br>ecf@johnsteinkampandassociates.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Vanessa L. Powell<br>P. O. Box 681123<br>Indianapolis, IN 46268 | Contact info: 317–794–5380 or<br>vlpowelltrustee@gmail.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address or ecf.insb.uscourts.gov. You may inspect all records filed in this case at this office or pacer.insb.uscourts.gov. | United States Bankruptcy Court<br>Southern District of Indiana<br>46 E Ohio St Rm 116<br>Indianapolis, IN 46204 | Open weekdays 8:30 AM – 4:00 PM ET<br><br>Contact info: 317–229–3800 |
| **7.** | **Meeting of creditors**<br>The debtor must attend the meeting to be questioned under oath. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. | **August 6, 2025 at 10:50 AM Eastern**<br><br>**The debtor MUST provide picture identification and proof of social security number** to the trustee prior to the meeting of creditors. Failure to do so may result in the case being dismissed. Language interpretation of the meeting of creditors will be provided to the debtor at no cost through a telephone interpreter service upon request made to the trustee. | Location:　zoom.us/j/4577537235<br>Meeting ID: 457 753 7235<br>Passcode:　7770016994<br>Phone:　　317–210–2400<br><br>For additional information, visit justice.gov/ust/moc. |
| **8.** | **Presumption of abuse**<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). The debtor may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to object to discharge or challenge whether certain debts are dischargeable:**<br>**You must file a complaint by the deadline:**<br>• if you assert that the debtor is not entitled to a discharge under 11 U.S.C. § 727(a)(2)–(7) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).<br><br>**Objection to exemptions:**<br>The law permits the debtor to keep certain property as exempt. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | **October 6, 2025**<br>**You must file a motion by the deadline:**<br>• if you assert that the discharge should be denied under 11 U.S.C. § 727(a)(8) or (9). |
| **10.** | **Proof of claim**<br>Do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have a question about your rights in this case. | |
| **12.** | **Exempt property** | The law allows the debtor to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. The debtor must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or pacer.insb.uscourts.gov. If you believe the law does not authorize an exemption claimed by the debtor, you may file an objection **no later than 30 days after the meeting of creditors concludes**. | |
| **13.** | **Abandonment of property** | Pursuant to S.D.Ind. B–6007–1, a trustee's report of no distribution serves as a notice proposing the abandonment of all property from the estate. No further notice of the abandonment will be given unless a party in interest files a request for further notice of abandonment no later than **one day** before the first date set for the 341 meeting. Any party filing such a request will be given notice upon filing of the report of no distribution and have **14 days** to object to the abandonment. | |